468 A.2d 820

Dougherty v. Universal Underwriters Ins. Co., Appellant.

Reargument Denied Dec. 29, 1983.

Petition for Allowance of Appeal
Denied April 24, 1984.

Argued March 2,

1983. William F. Sweeney, for appellant; Eugene A. Spector, for appellee.

Before CERCONE, President Judge, CAVANAUGH and WIEAND, JJ.

The orders of the lower court are affirmed.

CAVANAUGH and WIEAND, JJ., concurred in the result.